■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEWART ROBERTSON, Appellant. [632 NYS2d 1023] —Judgment unanimously affirmed *(see, People v Saunders,* 190 AD2d 1092, 1093, *lv denied* 81 NY2d 1019). (Appeal from Judgment of Erie

County Court, Drury, J.—Sexual Abuse, 1st Degree.) Present—Denman, P. J., Pine, Wesley, Balio and Davis, JJ.